Michael W. Jacobs (SBN 174885)
Mjacobslaw12@gmail.com
Janine R. Menhennet (SBN 163501)
jmenhennetlaw@gmail.com
**THE LAW OFFICES OF MICHAEL W. JACOBS**
11353 Meadow View Road
El Cajon, California  92020
Phone:  (619) 277-0461

*Counsel for Defendant* JENNIFER WALKER

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREAKING CODE SILENCE, a California Public Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHELSEA PAPCIAK aka FILER, an individual; JENNIFER WALKER, an individual; JENNA BULIS, an individual; MARTHA THOMPSON, an individual, and BREAKING CODE SILENCE, INC., a Florida Corporation,<br><br>Defendants. | Case No.:  21-cv-0918-BAS-DEB<br><br>**Assigned to Hon. Cynthia A. Bashant and Magistrate Judge Daniel E. Butcher**<br><br>**DEFENDANT JENNIFER WALKER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS ACTION UNDER FRCP 12(B)(6)**<br><br>Date:       September 13, 2021<br>Dept.:      4B<br>Judge:     Hon. Cynthia A. Bashant<br><br>Action Filed:  May 13, 2021<br>Trial Date: None Set |

_____

**DEFENDANT JENNIFER WALKER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS ACTION UNDER FRCP12(b)(6)**
**Case No. 21-cv-0918-BAS-DEB**

Defendant JENNIFER WALKER requests that the Court take judicial notice, pursuant to Fed. Rules of Evidence, Rule 201, of the following public records:

**EXHIBIT 1:** United States Patent and Trade Office's TESS registry entries for BREAKINGCODESILENCE and BREAKING CODE SILENCE on September 3, 2020, September 24, 2020, May 5, 2021, and May 6, 2021. A true and correct copy of the TESS registry entries are attached hereto as Exhibit 1 and incorporated fully herein to this request by this reference.

**EXHIBIT 2:** Articles of Incorporation and Statement of Information filed and maintained by the California Secretary of State Business Portal for BREAKING CODE SILENCE, filed on March 22, 2021 and May 1, 2021 respectively. A true and correct copy of the Articles of Incorporation and Statement of Information is attached hereto as Exhibit 2 and incorporated fully into this request by this reference.

Each of these exhibits are public records, and are therefore the proper subject for judicial notice. Fed. R. Evid. 201(b)(2); *Mackey v. JPMorgan Chase Bank*, N.A., 831 Fed.Appx. 349, 351 (9th Cir. 2020).

Dated: 8/2/21                              */s/ Janine R. Menhennet*
                                           Janine R. Menhennet
                                           jmenhennetlaw@gmail.com
                                           *Counsel for Defendant* Jennifer Walker

---

**DEFENDANT JENNIFER WALKER'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS ACTION UNDER FRCP12(b)(6)**
Case No. 21-cv-0918-BAS-DEB

# EXHIBIT 1

 United States Patent and Trademark Office

Home|Site Index|Search|FAQ|Glossary|Contacts|eBusiness|eBiz alerts|News

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jun 7 03:32:23 EDT 2021

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ____  OR  Jump  to record: ____   **Record 3 out of 5**

( Use the "Back" button of the Internet Browser to return to TESS)

**BREAKING CODE SILENCE**

| | |
|---|---|
| **Word Mark** | BREAKING CODE SILENCE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Providing services aimed at aimed at preventing institutional child abuse and empowering adult survivors to engage in positive self-advocacy; services to promote the interests of troubled teens by means of public advocacy. FIRST USE: 20191211. FIRST USE IN COMMERCE: 20191211 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90692440 |
| **Filing Date** | May 5, 2021 |
| **Current Basis** | 1A |

| | |
|---|---|
| Original Filing Basis | 1A |
| Owner | (APPLICANT) Breaking Code Silence, Inc. CORPORATION CALIFORNIA 272 N. Mar Vista Avenue Pasadena CALIFORNIA 91006 |
| Attorney of Record | Lisel M. Ferguson |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jun 7 03:32:23 EDT 2021

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: _____  OR  Jump  to record: _____     **Record 2 out of 5**

( Use the "Back" button of the Internet Browser to return to TESS)

**BREAKING CODE SILENCE**

| | |
|---|---|
| **Word Mark** | BREAKING CODE SILENCE |
| **Goods and Services** | IC 041. US 100 101 107. G & S: On-line articles, stories, blogs and speaking engagements aimed at preventing institutional child abuse and empowering adult survivors to engage in positive self-advocacy. FIRST USE: 20101018. FIRST USE IN COMMERCE: 20101018 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90693777 |
| **Filing Date** | May 6, 2021 |
| **Current Basis** | 1A |

| | |
|---|---|
| Original Filing Basis | 1A |
| Owner | (APPLICANT) Breaking Code Silence, Inc. CORPORATION CALIFORNIA 272 N. Mar Vista Avenue Pasadena CALIFORNIA 91006 |
| Attorney of Record | Lisel M. Ferguson |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| .HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

# Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jun 7 03:32:23 EDT 2021

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:     OR   Jump to record:       **Record 4 out of 5**

( Use the "Back" button of the Internet Browser to return to TESS)

### BreakingCodeSilence

| | |
|---|---|
| **Word Mark** | BREAKINGCODESILENCE |
| **Goods and Services** | IC 041. US 100 101 107. G & S: Activism and advocacy group of troubled teen program survivors - We are going to be providing education on boarding schools and teen programs. FIRST USE: 20130312. FIRST USE IN COMMERCE: 20190101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90157154 |
| **Filing Date** | September 3, 2020 |
| **Current Basis** | 1B |
| **Original** | 1B |

| | |
|---|---|
| **Filing Basis** | |
| **Owner** | (APPLICANT) Robison, Jen INDIVIDUAL UNITED STATES 272 N Mar Vista Ave Pasadena CALIFORNIA 91106 |
| | (APPLICANT) McNamara, Katherine INDIVIDUAL UNITED STATES 272 N Mar Vista Ave Pasadena CALIFORNIA 91106 |
| | (APPLICANT) Bulis, Jenna INDIVIDUAL UNITED STATES 272 N Mar Vista Ave Pasadena CALIFORNIA 91106 |
| | (APPLICANT) Papciak, Chelsea INDIVIDUAL UNITED STATES 272 N Mar Vista Ave Pasadena CALIFORNIA 91106 |
| | (APPLICANT) Moorman, Rebecca INDIVIDUAL UNITED STATES 272 N Mar Vista Ave Pasadena CALIFORNIA 91106 |
| | (APPLICANT) Carter, Emily INDIVIDUAL UNITED STATES 272 N Mar Vista Ave Pasadena CALIFORNIA 91106 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST
FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Mon Jun 7 03:32:23 EDT 2021

Logout   Please logout when you are done to release system resources allocated for you.

Start   List At:   OR   Jump   to record:   **Record 5 out of 5**

( Use the "Back" button of the Internet Browser to return to TESS)

# Breaking Code Silence

| | |
|---|---|
| **Word Mark** | BREAKING CODE SILENCE |
| **Goods and Services** | IC 035. US 100 101 102. G & S: Promoting the interests of troubled teens by means of public advocacy. FIRST USE: 20130401. FIRST USE IN COMMERCE: 20190601 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 90208204 |
| **Filing Date** | September 24, 2020 |
| **Current Basis** | 1A;1B |
| **Original Filing Basis** | 1A;1B |
| **Owner** | (APPLICANT) McNamara, Katherine R INDIVIDUAL UNITED STATES 272 N Mar |

Vista Ave Pasadena CALIFORNIA 91106

(APPLICANT) Robison, Jennifer INDIVIDUAL UNITED STATES 272 N Mar Vista Ave Pasadena CALIFORNIA 91106

(APPLICANT) Bulis, Jenna INDIVIDUAL UNITED STATES 272 N Mar Vista Ave Pasadena CALIFORNIA 91106

(APPLICANT) Carter, Emily INDIVIDUAL UNITED STATES 272 N Mar Vista Ave Pasadena CALIFORNIA 91106

(APPLICANT) Moorman, Rebecca INDIVIDUAL UNITED STATES 272 N Mar Vista Ave Pasadena CALIFORNIA 91106

(APPLICANT) Papciak, Chelsea INDIVIDUAL UNITED STATES 272 N Mar Vista Ave Pasadena CALIFORNIA 91106

| | |
|---|---|
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT 2

# ARTICLES OF INCORPORATION

## OF

Breaking Code Silence



### I.

The name of the corporation shall be Breaking Code Silence

### II.

The place in this state where the principal office of the Corporation is to be located is 272 N Mar Vista Ave, Pasadena, California 91106.

### III.

Said corporation is organized exclusively for charitable purposes, including for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

This corporation is a nonprofit PUBLIC BENEFIT CORPORATION and is not organized for the private gain of any person. It is organized under the Nonprofit Public Benefit Corporation Law for public and charitable purposes.

The specific purpose of this corporation is to
 educate, advocate and support research endeavors for youth and survivors of residential facilities

### IV.

The name and address in the State of California of this corporation's initial agent for service of process is:

LegalZoom.com, Inc.

## V.

4721336

No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its members, trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article III hereof.  No substantial part of the activities of the corporation shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the corporation shall not participate in, or intervene in (including the publishing or distribution of statements) any political campaign on behalf of or in opposition to any candidate for public office.  Notwithstanding any other provisions of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation except from federal income tax under section 501(c)(3) of the Internal Revenue Code, or the corresponding section of future federal tax code, or (b) by a corporation,(2) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

## VI.

Upon the dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose.  Any such assets not so disposed of shall be disposed of by a Court of Competent Jurisdiction of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

## VI.

**IN WITNESS WHEREOF,** the undersigned incorporator has executed these Articles of Incorporation on the date below.

Date: 03/22/2021

**LegalZoom.com, Inc., Incorporator**

*CM*
_____
By:  Cheyenne Moseley, Assistant Secretary




# California Secretary of State
## Electronic Filing

## Corporation - Statement of Information

Entity Name: **BREAKING CODE SILENCE**

| | |
|---|---|
| Entity (File) Number: | C4721336 |
| File Date: | 05/01/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GS96633 |

**Detailed Filing Information**

1. Entity Name: BREAKING CODE SILENCE

2. Business Addresses:
   a. Street Address of Principal Office in California:
      272 N Mar Vista Ave
      Pasadena, California 91106
      United States of America

   b. Mailing Address:
      P.O. Box 91896
      Pasadena, California 91109
      United States of America

3. Officers:
   a. Chief Executive Officer:
      Vanessa Hughes
      P.O. Box 91896
      Pasadena, California 91109
      United States of America

   b. Secretary:
      Jenny Magill
      P.O. Box 91896
      Pasadena, California 91109
      United States of America

Document ID: GS96633

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

**California Secretary of State**
Electronic Filing

Officers (Cont'd):

   c.  Chief Financial Officer:                             Katherine McNamara
                                                           P.O. Box 91896
                                                           Pasadena, California 91109
                                                          United States of America

4.   Agent for Service of Process:             Katherine McNamara
                                                           272 N Mar Vista Ave
                                                          Pasadena, California 91106
                                                          United States of America

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:     Katherine McNamara

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GS96633