| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of California on the following: **_X_** Patents or ___ Trademarks:

| DOCKET NO.<br><br>3:21–cv–00918–BAS–DEB | DATE FILED<br><br>5/13/21 | **US District Court** Southern District of California<br><br>San Diego, CA |
|---|---|---|
| PLAINTIFF<br><br>Breaking Code Silence | | DEFENDANT<br><br>Chelsea Papciak , et al. |

| PATENT OR<br>TRADEMARK NO. | PATENT OR<br>TRADEMARK NO. | PATENT OR<br>TRADEMARK NO. |
|---|---|---|
| **1.** 90157154 | **6.** | **11.** |
| **2.** 90208204 | **7.** | **12.** |
| **3.** 90693777 | **8.** | **13.** |
| **4.** | **9.** | **14.** |
| **5.** | **10.** | **15.** |

In the above–entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br><br>__ Amendment __ Answer __ Cross Bill __ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | PATENT OR<br>TRADEMARK NO. | PATENT OR<br>TRADEMARK NO. |
|---|---|---|
| **1.** | **6.** | **11.** |
| **2.** | **7.** | **12.** |
| **3.** | **8.** | **13.** |
| **4.** | **9.** | **14.** |
| **5.** | **10.** | **15.** |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT   Order Dismissing with Prejudice |
|---|

| CLERK<br><br>John Morrill | (BY) DEPUTY CLERK<br>R. Chapman | DATE<br>9/13/2022 |
|---|---|---|